13,173E/cg
Erin R. Thompson, Esq. ID#018371990
**BIRCHMEIER & POWELL LLC**
ATTORNEYS AT LAW
1891 STATE HIGHWAY 50, P.O. BOX 582
TUCKAHOE, NEW JERSEY 08250-0582
ethompson@birchmeierlaw.com
(609) 628-3414; 609-628-2966(fax)
Attorneys for Defendants City of North Wildwood and Gary Sloan

| Plaintiff(s) <br> MARIA G. MATTERA <br> vs. <br><br> Defendant(s) <br> CITY OF NORTH WILDWOOD, UNITED PUBLIC SERVICE EMPLOYEES UNION & GARY SLOAN, individually and in his official capacity | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> CIVIL ACTION NO. 1:17-cv-06841-JHR-AMD <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |
|---|---|

The matter in difference in the above entitled action having been amicably adjusted by and among the parties, it is hereby stipulated and agreed that it is hereby dismissed with prejudice without costs as to defendants.

MY RIGHTS LAWYERS LLC

_____ 02/27/2018
Michelle J. Douglass, Esq.
Attorney for Plaintiff Maria G. Mattera

BIRCHMEIER & POWELL LLC

_____
Erin R. Thompson, Esq.
Attorney for Defendants
City of North Wildwood and Gary Sloan

ROTHMAN ROCCO LARUFFA, LLP

_____ 2/27/18
Matthew P. Rocco, Esq.
Attorney for Defendant
United Public Service Employees Union